**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6175**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY H. WILLIAMS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:01-cr-00231-RAJ; 2:04-cv-00129-RAJ)

Submitted: March 7, 2007          Decided: April 4, 2007

Before KING, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney H. Williams, Appellant Pro Se. Stephen Westley Haynie, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney H. Williams appeals the district court's order denying his motion for transcripts at Government expense. We have reviewed the record and the district court order and affirm on the reasoning of the district court. See United States v. Williams, Nos. 2:01-cr-00231-RAJ; 2:04-cv-00129-RAJ (E.D. Va. Jan. 18, 2007). We deny Williams' motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED